UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 24-2595-KK-SHK** | Date: | March 20, 2025 |
| Title: | *Dylan Blasczak v. Lopez et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

    On January 6, 2025, the Court issued an Order granting Plaintiff's request to proceed <u>in forma pauperis</u> and requiring Plaintiff to pay an initial filing fee of $20.00 immediately. ECF Docket No. ("Dkt.") 6. Plaintiff was expressly advised failure to comply with this instruction within 30 days would result in this action being dismissed without prejudice. <u>Id.</u> On January 24, 2025, the Court received a letter from Plaintiff where he incorrectly stated his filing fee was waived. Dkt. 7. It appears Plaintiff misread the Court's January 6, 2025 Order and misinterpreted the Court's grant of Plaintiff's request to proceed <u>in forma pauperis</u> as a waiver of the filing fee. <u>Id.</u> Accordingly, the Court issued an Order on February 5, 2025 informing Plaintiff, "a prisoner granted leave to proceed IFP remains obligated to pay the entire fee in installments, regardless of whether his action is ultimately dismissed." Dkt. 9 at 2.

    Nonetheless, to date, Plaintiff has not paid the required filing fee. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**. (JS-6)